# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | Rokid X-Craft MR Glasses ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://global.rokid.com/?srsltid=AfmBOoqQdko4zqEP9qCrHrZG0aXMCNKHCz6ifnzJkgsehZ6gR5z1r2fz |



https://vr-compare.com/headset/rokidx-craft

| | | | | |
|---|---|---|---|---|
| **Battery** | 26Wh | 38Wh | 26Wh | 38Wh |
| **Support Frequency** | 5G-NR, LTE | | ✕ | |
| **WiFi/ Bluetooth** | 2.4G & 5G Dual Band, WiFi 6 11a/b/g/n/ac/ax, BT5.0+EDR/BLE | | | |
| **Camera** | Main Camera: 8 megapixels, Secondary Camera: 8 megapixels | | | |

Source: User manual of the accused product



Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables |

| antenna. | connectivity to Bluetooth compatible devices. Bluetooth compatible devices use Bluetooth antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.<br><br><br><br>https://vr-compare.com/headset/rokidx-craft |



| | | | | | |
|---|---|---|---|---|---|
| **Battery** | 26Wh | 38Wh | 26Wh | 38Wh |
| **Support Frequency** | 5G-NR, LTE | | × | |
| **WiFi/ Bluetooth** | 2.4G & 5G Dual Band, WiFi 6 11a/b/g/n/ac/ax, BT5.0+EDR/BLE | | | |
| **Camera** | Main Camera: 8 megapixels, Secondary Camera: 8 megapixels | | | |

Source: User manual of the accused product



Source: Test report of the accused product

ITU # 9 - UHF Ultra high frequency – TV broadcasts, microwave ovens, mobile phones, wireless LAN, Bluetooth, GPS, and Two-Way Radios (300-3000 MHz)

 Bluetooth

| Unit | Frequency Lower | Frequency Center | Frequency Upper |
| --- | --- | --- | --- |
| Terahertz | 0.002402 THz | 0.002441 THz | 0.00248 THz |
| Gigahertz | 2.402 GHz | 2.441 GHz | 2.48 GHz |
| Megahertz | 2402 MHz | 2441 MHz | 2480 MHz |
| Kilohertz | 2402000 kHz | 2441000 kHz | 2480000 kHz |
| Hertz | 2402000000 Hz | 2441000000 Hz | 2480000000 Hz |
| Wavelength | 12.481 cm | 12.282 cm | 12.088 cm |
| Time | 416.3197 ps | 409.6682 ps | 403.2258 ps |

Source: Test report of the accused product

ITU # 9 - UHF Ultra high frequency – TV broadcasts, microwave ovens, mobile phones, wireless LAN, Bluetooth, GPS, and Two-Way Radios (300-3000 MHz)

2.4 GHz WiFi

| Unit | Frequency Lower | Frequency Center | Frequency Upper |
| --- | --- | --- | --- |
| Terahertz | 0.002412 THz | 0.002442 THz | 0.002472 THz |
| Gigahertz | 2.412 GHz | 2.442 GHz | 2.472 GHz |
| Megahertz | 2412 MHz | 2442 MHz | 2472 MHz |
| Kilohertz | 2412000 kHz | 2442000 kHz | 2472000 kHz |
| Hertz | 2412000000 Hz | 2442000000 Hz | 2472000000 Hz |
| Wavelength | 12.429 cm | 12.277 cm | 12.128 cm |
| Time | 414.5937 ps | 409.5004 ps | 404.5307 ps |

Source: Test report of the accused product